Order issued: November  20  , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01708-CV

HAL RACHAL, JR., Appellant

V.

LETKIEWICZ & FOSTER, Appellee

On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-09-2413-2

# ORDER

By order dated October 1, 2012, we ordered Joie Rivera, Official Court Reporter for Probate Court No. 2 of Dallas County, Texas, to file within thirty days either the reporter's record or written verification of no request or no payment. As of today's date, the Court has not received the reporter's record and a written response from Mr. Rivera.

Accordingly, we **ORDER** Joie Rivera to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, either: (1) the reporter's record; (2) written verification that appellant has not requested preparation of a reporter's record in accordance with rule of appellate procedure 34.6(b); or (3) written verification that appellant was notified of the fee for the reporter's record and appellant has not paid for the record. *See* TEX. R. APP. P. 34.6(b). *We caution appellant that if the Court receives notification of no request or no payment, we will order the appeal submitted without a*

*reporter's record.* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Joie Rivera and all counsel of record and to mail a copy of this order to appellant.

_____
ELIZABETH LANG-MIERS
JUSTICE